**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KATHRYN M. AMRSTRONG and
DAVID M. ARMSTRONG,

Plaintiffs,

v.

CHECKRITE,

Defendant.

Civil No. 01-271 (DWF/SRN)

**ORDER OF DISMISSAL**

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 16, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 16 2001
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________